UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WHITESELL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:03-cv-00050-JRH |
| | ) |
| ELECTROLUX HOME PRODUCTS, INC., | ) |
| HUSQVARNA AB and HUSQVARNA | ) |
| OUTDOOR PRODUCTS INC., | ) |
| | ) |
| Defendants, | ) |

## ORDER ON PLAINTIFF'S MOTION TO SEAL

Presently before the Court is Plaintiff's Motion to Seal. Plaintiff seeks an order placing under seal an appendix of exhibits (the "Appendix") to Whitesell's *Reply Brief in Support of Whitesell's Motion to Compel Defendant Electrolux Home Products, Inc. to Provide Discovery Responses* and to Whitesell's *Reply Brief in Support of Whitesell's Motion to Compel Defendant Husqvarna Outdoor Products, Inc. to Provide Discovery Responses*, on the grounds that the information contained in the Appendix has been designated by Defendants as "Confidential" or "Confidential – Attorney's Eyes Only" pursuant to the Confidentiality Order entered in the above-captioned matter on June 28, 2005 [Dkt. No. 32].

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal be and is **GRANTED**. The Clerk is hereby directed to place the Appendix A to Whitesell's *Reply Brief in Support of Whitesell's Motion to Compel Defendant Electrolux Home Products, Inc. to Provide Discovery Responses* and to Whitesell's *Reply Brief in Support of Whitesell's Motion to Compel Defendant Husqvarna Outdoor Products, Inc. to Provide Discovery Responses* under seal immediately and

to maintain the Appendix under seal until the entry of final judgment, or until further order of this Court.

**SO ORDERED** this 27th day of May, 2015.

_____
Hon. J. Randal Hall
Judge, United States District Court
Southern District of Georgia