IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,　　　　　　＊
　　　　　　　　　　　　　　　　　　＊
　　　　Plaintiff,　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　＊
　　v.　　　　　　　　　　　　　　　＊　　　CV 103-050
　　　　　　　　　　　　　　　　　　＊
ELECTROLUX HOME PRODUCTS,　　　　　＊
INC., HUSQVARNA, A.B., and　　　　 ＊
HUSQVARNA OUTDOOR PRODUCTS,　　　　＊
INC.,　　　　　　　　　　　　　　　 ＊
　　　　　　　　　　　　　　　　　　＊
　　　　Defendants.　　　　　　　　 ＊

O R D E R

On April 6, 2015, Plaintiff Whitesell Corporation filed motions to compel discovery responses from Defendants Husqvarna Outdoor Products, Inc., and Electrolux Home Products, Inc. On August 14, 2015, the Court conducted a hearing on these motions, *inter alia*. At the hearing, the parties made certain concessions and agreements respecting the discovery requests still in dispute. The Court also announced that it would conduct monthly hearings in the case until the close of discovery.[1] The parties will be able to raise any outstanding issues relative to Plaintiff's motions to compel at any subsequent hearing. Accordingly, the Clerk is directed to **TERMINATE** Plaintiff's motions to compel (doc. nos. 624 &

---

[1] The Scheduling Order for these hearings will be entered separately.

625).² To be clear, the termination of the motions neither excuses any party from fulfilling its discovery obligations relative to the motions nor prejudices any party from raising issues respecting the motions to compel at a future time.

**ORDER ENTERED** at Augusta, Georgia, this 17ᵗʰ day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

² The Clerk is also directed to **TERMINATE** Plaintiff's motion for hearing (doc. no. 642).