IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

## ORDER

On June 26, 2015, the Court directed Plaintiff to permit immediate access to its Muscle Shoals facility to allow Defendants' financial expert(s) and outside counsel to inspect the financial documents responsive to certain Requests to Produce propounded by Defendants. Defendants were directed to make a list of documents that they wished to have copied for their use outside the facility.

At the hearing on August 14, 2015, the parties represented that they had agreed that all of the reviewed financial records, except the tax returns, would be provided to Defendants in electronic format subject to the following three conditions:

- All financial documents produced shall be designated as "Attorneys Eyes Only" ("AEO") and "Expert Eyes Only" ("EEO"); Defendants reserve the right to readdress the AEO/EEO designations in the context of a pretrial order should Defendants wish

to use any of the documents at the trial of the case.

- Any financial document with the AEO/EEO designation shall not be filed on the public docket of the case if used as an exhibit to any filing; instead, the document will be sent directly to judicial chambers for the Court's consideration.

- If the period of time for which damages are recoverable is narrowed in any way, Plaintiff may move the Court for the immediate return of any financial documents rendered irrelevant to the narrowed time period.

Both parties fully endorsed and agreed to these conditions on the record at the hearing on August 14, 2015.

With respect to the tax returns, the Court directs Plaintiff, in accordance with the agreement reached at the August 14th hearing, to produce those tax returns that contain information relevant to the cost of goods sold. The production of these tax returns are subject to the three conditions outlined above. Defendants may seek production of other tax returns upon providing specific reasons therefor.

Finally, the Court directs Plaintiff to produce the financial documents, except the tax returns, within one week of entry of this Order. Plaintiff shall produce the tax returns as directed within two weeks of entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2