IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,          *
                                *
           Plaintiff,           *
                                *
     v.                         *          CV 103-050
                                *
ELECTROLUX HOME PRODUCTS,       *
INC., HUSQVARNA, A.B., and      *
HUSQVARNA OUTDOOR PRODUCTS,     *
INC.,                           *
                                *
           Defendants.          *

                          O R D E R

     Discovery in this case is presently governed by the Third
Revised Joint Discovery Plan ("JDP") entered on February 5,
2015. Pursuant to the JDP, discovery will close on March 3,
2016. During this discovery period, the parties have filed
several motions to compel and other discovery related motions.
As expressed at the hearing of August 14, 2015, it now appears
that court involvement on a more regular basis is necessary to
ensure that the case proceeds forward in an efficient and
focused way. To that end, the Court will conduct monthly
discovery hearings at which time any unresolved discovery
issues will be addressed.

     IT IS THEREFORE ORDERED that the parties appear in the
United States Court, at the Federal Justice Center in Augusta,
Georgia, on each of the following days:

Thursday, September 17, 2015

Wednesday, October 21, 2015

Thursday, November 12, 2015

Thursday, December 17, 2015

Thursday, January 21, 2016

Thursday, February 25, 2016

The hearings will begin promptly at 10:00 a.m. These set hearings may be cancelled or continued only by the Court or by written consent of all parties that there are no issues in dispute at that time. Scheduling conflicts will not be grounds for a continuance.

An attorney representing each party must be physically present. Corporate representatives of the parties are not required to attend until and unless the Court orders their appearance.

The parties shall provide the Court with a list of issues to be addressed on the Friday prior to each scheduled hearing.

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA