IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is Plaintiff Whitesell Corporation's "Corrected *Unopposed* Motion for Leave to Bring Laptop Computers Only to Monthly Discovery Hearings." Upon due consideration, **IT IS ORDERED** that the motion (doc. no. 703) is **GRANTED**.[1] Counsel for both parties may bring laptop computers, including wireless internet cards and any associated power supplies, cables and connectors, into the courthouse for each of the scheduled monthly discovery hearings. **<u>Broadcasting, streaming, or recording judicial proceedings is strictly prohibited.</u>**

**ORDER ENTERED** at Augusta, Georgia, this 16th day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk is directed to **TERMINATE** Plaintiff's first motion for leave (doc. no. 702) filed on this same date.