IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

AMENDED SCHEDULE
OF MONTHLY DISCOVERY HEARINGS

IT IS HEREBY ORDERED that the parties appear in the United States Court, at the Federal Justice Center in Augusta, Georgia, at 10:00 a.m., on each of the following days:

Wednesday, October 21, 2015

Tuesday, November 10, 2015

Thursday, December 17, 2015

Thursday, January 21, 2016

Thursday, February 25, 2016

ORDER ENTERED at Augusta, Georgia, this 22nd day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA