IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

On October 16, 2015, the parties in the captioned matter submitted their list of discovery issues ripe for the Court's consideration at the October 21, 2015 monthly hearing. (See Order of Aug. 17, 2015, Doc. No. 680.) The first item on that list involved the outstanding motion filed by Whitesell Corporation ("Whitesell") to compel Defendant Electrolux Home Products, Inc. ("EHP") to change the designation of more than 3000 produced documents from "Attorneys Eyes Only" to "Confidential." (See Doc. No. 671.) As of October 16, 2015, the parties' dispute had been reduced to a single document. On the morning of October 19, 2015, the parties informed the Court that they had resolved even that dispute.

Upon the foregoing, Whitesell's motion to remove the "Attorney's Eyes Only" designation from EHP's document production (doc. no. 671) and its motion for a hearing on this issue (doc. no. 696) are **DENIED AS MOOT**.

Further, because the parties have represented that there are no discovery matters ripe for consideration by this Court at its monthly hearing, the hearing date of October 21, 2015, is hereby **VACATED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this 19th day of October, 2015.

---
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The only other issue mentioned by the parties in their list of issues submitted on October 16, 2015, is not a discovery matter.