IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,           *
                                 *
    Plaintiff,                   *
                                 *
  v.                             *   CV 103-050
                                 *
ELECTROLUX HOME PRODUCTS,        *
INC., HUSQVARNA, A.B., and       *
HUSQVARNA OUTDOOR PRODUCTS,      *
INC.,                            *
                                 *
    Defendants.                  *

# O R D E R

On June 13, 2016, the Court prematurely entered an Order overruling Plaintiff Whitesell Corporation's objection to Defendant Husqvarna's Notice of Inspection served on April 12, 2016. The Order (doc. no. 823) is hereby **VACATED** so that the Court may consider the Reply Brief filed by Plaintiff.[1] Defendant Husqvarna may file a sur-reply, if necessary and appropriate, by close of business on June 20, 2016.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2016.

                              _____
                              HONORABLE J. RANDAL HALL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk is directed to **TERMINATE** Plaintiff's request for consideration of the reply brief (doc. no. 826).