IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION, *
 *
    Plaintiff, *
 *
 v. * CV 103-050
 *
ELECTROLUX HOME PRODUCTS, *
INC., HUSQVARNA, A.B., and *
HUSQVARNA OUTDOOR PRODUCTS, *
INC., *
 *
    Defendants. *

O R D E R

On June 14, 2016, Plaintiff Whitesell Corporation filed a Reply Memorandum in support of its motion for a protective order targeted at a Notice of Inspection served by Defendant Husqvarna Outdoor Products, Inc. ("Husqvarna"). As part of its Exhibit B to the Reply Memorandum, Plaintiff wishes to include sixteen pages that have been marked as "Confidential" by Husqvarna. Plaintiff has requested that this Court review the sixteen pages to determine if they should be filed under seal. For its part, and upon Plaintiff's inquiry, Husqvarna maintains that the documents are confidential and should be filed under seal.

Upon due consideration, the Court hereby **ORDERS** the Clerk of Court to file <u>under seal</u> the subject sixteen pages by

attaching them to the Reply Memorandum (doc. no. 825) as Exhibit B-1.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA