IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

On June 9, 2016, Plaintiff Whitesell Corporation filed a motion for reconsideration of this Court's Order of March 9, 2016. On August 16, 2016, this Court denied a portion of Whitesell's motion for reconsideration by affirming its holding that "the contract term for the Brunner and Matrix parts is January 1, 2004 to November 1, 2008 and that, therefore, Whitesell is not entitled to pricing and usage data outside of that time period unless or until production is ordered by the Court or agreed upon by the parties." (See Order of Aug. 16, 2016, at 6.)

At the discovery hearing of November 16, 2016, the Court explored other related issues to Whitesell's motion for reconsideration and ordered production of certain material from Defendants to Whitesell. In this limited respect, the

Court granted certain aspects of Whitesell's motion for reconsideration. The transcript of the hearing will speak for itself as to the exact nature of this Court's Order as it pertains to the production of data related to the Brunner and Matrix parts.

In short, upon due consideration, and in reliance upon the record as stated in the Order of August 16, 2016, and at the hearing on November 16, 2016, Whitesell's motion for reconsideration (doc. no. 822) is **GRANTED IN PART** and **DENIED IN PART**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA