IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WHITESELL CORPORATION,            *
                                  *
        Plaintiff,                *
                                  *
    v.                            *      CV 103-050
                                  *
ELECTROLUX HOME PRODUCTS,         *
INC., HUSQVARNA, A.B., and        *
HUSQVARNA OUTDOOR PRODUCTS,       *
INC.,                             *
                                  *
        Defendants.               *
```

**ORDER**

On October 25, 2017, Plaintiff Whitesell Corporation filed a motion to compel Defendants to produce deponent, Ms. Kim Rio, for a second day of deposition. Plaintiff has now withdrawn the motion as moot. (Doc. 954.) Accordingly, the Clerk is directed to **TERMINATE** Plaintiff's motion to compel (doc. 949).

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of December, 2017.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA