IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,          *
                                *
          Plaintiff,            *
                                *
     v.                         *          CV 103-050
                                *
ELECTROLUX HOME PRODUCTS,       *
INC., HUSQVARNA, A.B., and      *
HUSQVARNA OUTDOOR PRODUCTS,     *
INC.,                           *
                                *
          Defendants.           *

---

# O R D E R

---

Presently before the Court is Plaintiff Whitesell Corporation's Motion to Seal. Plaintiff seeks an order placing under seal the exhibits filed with the Affirmation of Robert Wiese in Support of its Opposition to Defendant Electrolux Home Product's Motion for Partial Summary Judgment as to L'Assomption Parts (doc. no. 987). Plaintiff represents that the information contained in the exhibits has been designated either "Confidential" or "Confidential – Attorney's Eyes Only" pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (doc. no. 988) is **GRANTED**. Plaintiff is directed to submit the exhibits to the Clerk of Court with clear reference to this Order.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA