IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,              *
                                    *
        Plaintiff,                  *
                                    *
    v.                              *       CV 103-050
                                    *
ELECTROLUX HOME PRODUCTS,           *
INC., HUSQVARNA, A.B., and          *
HUSQVARNA OUTDOOR PRODUCTS,         *
INC.,                               *
                                    *
        Defendants.                 *

O R D E R

Pursuant to the Court's Order of August 18, 2017, the parties have submitted a proposed Sixth Revised Joint Discovery Plan. The parties represent that they have agreed to all proposed terms. Accordingly, **IT IS ORDERED** that the Sixth Revised Joint Discovery Plan, attached hereto, is **APPROVED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA