IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff Whitesell Corporation's Motion to Seal. Plaintiff seeks an order placing under seal Exhibits 23 and 26 to the Declaration of Lena Konanova filed in support of its Motion to Compel Production of Documents and Answers to Interrogatories, filed on June 15, 2018 (doc. no. 1014). Plaintiff represents that the information contained in the exhibits has been designated "Confidential" by Defendants pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (doc. no. 1023) is **GRANTED**. The Clerk of Court is directed to seal the subject exhibits in the record until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of July, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA