UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION, )
)
      Plaintiff )
)
v. )     CV103-050
)
ELECTROLUX HOME PRODUCTS, INC., )
HUSQVARNA A.V. and HUSQVARNA )
OUTDOOR PRODUCTS, )
)
      Defendants )

## ORDER OF ADMISSION

It appearing to the Court that the Requirements stated in LR83.4 admission *pro hac* vice have been satisfied, Petitioner's request to appear *pro has* vice in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

NAME PETITIONER:    Edmond E. Koester, Esq.
                           Coleman, Yovanovich & Koester, P.A.
                           4001 Tamiami Trail North, Suite 300
                           Naples, Florida 34103
                           (239-435-3535

Conformed copies to all parties of record.

November 21, 20 18

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA