# United States District Court
## Southern District of Georgia

WHITESELL CORPORATION,

_____
Plaintiff

v.   ELECTROLUX HOME
PRODUCTS, INC.,
_____
Defendant

Case No.  1:03-cv-00050-JRH

Appearing on behalf of
Plaintiff, Whitesell Corporation
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21ST day of November, 2018

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Caroline Marisa Magliolo, Esq. |
| Business Address: | Coleman, Yovanovich & Koester, PA |
| | Firm/Business Name |
| | 4001 Tamiami Trail North, Suite 300 |
| | Street Address |

| Street Address (con't) | Naples | FL | 34103 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 239.435.3535 | | | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:  cmagliolo@cyklawfirm.com