IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is a defense motion to seal certain exhibits attached to their Reply in Further Support of Defendants' Motion for Sanctions and to Stay the Joint Discovery Plan (doc. no. 1114). Defendants represent that the information contained in the exhibits has been designated "Confidential" by the parties pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Defendants' Motion to Seal (doc. no. 1115) is **GRANTED**. The Clerk of Court is directed to seal Exhibits H, I, J, K, L, O, P, and R to the Reply Brief until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA