IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WHITESELL CORPORATION,          *
                                *
      Plaintiff,                *
                                *
   v.                           *      CV 103-050
                                *
ELECTROLUX HOME PRODUCTS,       *
INC., HUSQVARNA, A.B., and      *
HUSQVARNA OUTDOOR PRODUCTS,     *
INC.,                           *
                                *
      Defendants.               *
```

**O R D E R**

On October 8, 2018, Defendants filed a "Motion for Sanctions and to Stay the Joint Discovery Plan" (doc. no. 1070). The parties have fully briefed the issues therein. Meanwhile, the parties are under certain deadlines pursuant to the Joint Discovery Plan, including an obligation to file affirmative expert witness reports by January 10, 2019. Further, Plaintiff Whitesell Corporation has recently hired new counsel.

On December 21, 2018, Defendants filed a motion to stay the deadlines in the Joint Discovery Plan (doc. no. 1118). Plaintiff opposes the extension and instead has filed a motion for the Court to stay consideration of Defendants' motion for sanctions (doc. no. 1121) until such time as the expert

witness reports are disclosed.

Having read and initially considered the matter, the Court has determined that a hearing will be necessary to resolve both Defendants' motion for sanctions (doc. no. 1070) and Plaintiff's motion to stay consideration of the motion for sanctions (doc. no. 1121). Accordingly, the parties shall present full argument, to include any necessary and appropriate evidentiary support, to the Court respecting these two motions on Monday, February 11, 2019, 9:00 a.m., at the United States Courthouse, Courtroom II, in Augusta, Georgia. Consequently, the deadlines of the Joint Discovery Plan are hereby **STAYED** until further Order of the Court.

Upon the foregoing, Defendants' motion to stay the Joint Discovery Plan (doc. 1118) is **GRANTED** to the extent provided for by this Order. Defendants' motion for sanctions (doc. no. 1070) and Plaintiff's motion to stay consideration of the motion for sanctions (doc. no. 1121) are **DEFERRED**. The Clerk is instructed to **TERMINATE** Plaintiff's motion to strike Defendants' motion for sanctions (doc. no. 1120).

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA