IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff Whitesell Corporation's Motion to Seal (doc. no. 1135). Plaintiff seeks an order placing under seal Exhibits 2, 3, 7 and 8 to its Motion for Sanctions and Motion to Strike filed on January 9, 2018 (doc. no. 1134). Plaintiff represents that the information contained in the exhibits has been designated "Confidential" by the parties pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (doc. no. 1135) is **GRANTED**. The Clerk of Court is directed to seal the subject exhibits in the record until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA