IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WHITESELL CORPORATION,           *
                                 *
         Plaintiff,              *
                                 *
     v.                          *    CV 103-050
                                 *
ELECTROLUX HOME PRODUCTS,        *
INC., HUSQVARNA, A.B., and       *
HUSQVARNA OUTDOOR PRODUCTS,      *
INC.,                            *
                                 *
         Defendants.             *
```

O R D E R

On December 10, 2018, Defendants filed a "Reply in Further Support of Defendants' Motion for Sanctions and to Stay the Joint Discovery Plan" ("Reply Brief"). (Doc. No. 1114). Portions of the Reply Brief were redacted by counsel because the brief restates material that appears in sealed exhibits appended thereto. An unredacted version of the Reply Brief has been provided to opposing counsel and the Clerk of Court. Accordingly, **IT IS ORDERED** that the Clerk of Court maintain the redacted version of Defendants' Reply Brief (doc. no. 1114) on the record of the case and to place the unredacted version of Defendants' Reply Brief under seal until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2