IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WHITESELL CORPORATION,          *
                                *
        Plaintiff,              *
                                *
    v.                          *     CV 103-050
                                *
ELECTROLUX HOME PRODUCTS,       *
INC., HUSQVARNA, A.B., and      *
HUSQVARNA OUTDOOR PRODUCTS,     *
INC.,                           *
                                *
        Defendants.             *
```

## O R D E R

Presently before the Court is Plaintiff Whitesell Corporation's Motion to Seal (doc. no. 1126). Plaintiff seeks an order placing under seal Exhibits 4, 5, 15, 16, 18, 29 and 30 to the Declaration of Joy Odom filed in support of its Opposition to Defendants' Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment on Annual Rebates, filed on November 23, 2018 (doc. no. 1111). Plaintiff represents that the information contained in the exhibits has been designated "Confidential" by the parties pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (doc. no. 1126) is **GRANTED**. The Clerk of Court is directed to

seal the subject exhibits in the record until further order of the Court.[1]

**ORDER ENTERED** at Augusta, Georgia, this 15th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Exhibit 29 is not sealed. Rather, the Court struck Exhibit 29 from the record by Order of November 16, 2018 (doc. no. 1101). The Court will allow the placeholder page titled "Redacted by Court Order" to remain for Exhibit 29 to the Joy Odom Declaration.