IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION, *
                        *
        Plaintiff,      *
                        *
    v.                  *    CV 103-050
                        *
ELECTROLUX HOME PRODUCTS,*
INC., HUSQVARNA, A.B., and *
HUSQVARNA OUTDOOR PRODUCTS,*
INC.,                   *
                        *
        Defendants.     *

O R D E R

Presently before the Court is a defense motion to seal certain exhibits attached to their Response in Opposition to Plaintiff's Motion for Sanctions and Motion to Strike (doc. no. 1134). Defendants represent that the information contained in the exhibits has been designated "Confidential" by the parties pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32).

**IT IS HEREBY ORDERED** that Defendants' Motion to Seal (doc. no. 1158) is **GRANTED**. The Clerk of Court is directed to seal Exhibits B, C, D, E, F and H to the Opposition Brief until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA