IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

Currently before the Court is the parties' "Joint Submission of Proposed Scheduling Order" filed in response to the Court's Order of February 14, 2019. The parties have agreed to the deadlines contained in the Proposed Scheduling Order, which is attached as Exhibit A to their Joint Submission (doc. no. 1171). Have read and considered the parties' Proposed Scheduling Order, **IT IS APPROVED** and the deadlines contained therein are hereby imposed.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA