IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,

    Plaintiff,

v.      CV 103-050

ELECTROLUX HOME PRODUCTS, INC.,
HUSQVARNA, A.B., and HUSQVARNA
OUTDOOR PRODUCTS, INC.,

    Defendants.

## O R D E R

Presently before the Court is a defense motion to seal an exhibit filed in support of their Motion to Extend the Deposition of Peter Karutz to Two Days (doc. no. 1233). Defendants represent that the information contained in the exhibit has been designated "Confidential" by the parties pursuant to the Confidentiality Order entered in the case on June 28, 2005 (doc. no. 32). Upon due consideration, **IT IS HEREBY ORDERED** that Defendants' Motion to Seal (doc. no. 1234) is **GRANTED**. The Clerk of Court is directed to seal Exhibit 1 to the Motion to Extend Deposition until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of July, 2019.

                                                              J. RANDAL HALL, CHIEF JUDGE
                                                              UNITED STATES DISTRICT COURT
                                                              SOUTHERN DISTRICT OF GEORGIA