IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,

    Plaintiff,

v.

ELECTROLUX HOME PRODUCTS, INC.,
HUSQVARNA A.V. and HUSQVARNA
OUTDOOR PRODUCTS,

    Defendants.

Case No. 1:03-cv-00050-JRH

## ORDER

**THIS CAUSE**, having come before the Court upon Plaintiff WHITESELL CORPORATION and Defendants HUSQVARNA A.B. and HUSQVARNA OUTDOOR PRODUCTS, INC.'s Stipulation to Set Amount of Bond and Entry of Stay of Execution of Judgment Upon Posting of Bond, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

1. The Court approves, ratifies and confirms the Stipulation to Set Amount of Bond and Entry of Stay of Execution of Judgment Upon Posting of Bond (doc. no. 1253) and adopts it as an Order of this Court. The Clerk is directed to **TERMINATE** the related motion for bond (doc. no. 1241).

2. Within 30 days from the entry of the instant Order, Whitesell Corporation shall post a supersedeas bond in this matter in the amount of $200,000.00.

3. Upon posting of the bond, the execution on the Husqvarna Judgment entered on April 17, 2019 (doc. no. 1186) will be stayed.

**SO ORDERED** in Augusta, Georgia, this 4th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA