IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,       *
                             *
        Plaintiff,           *
                             *
    v.                       *      CV 103-050
                             *
ELECTROLUX HOME PRODUCTS, INC.,  *
HUSQVARNA, A.B., and HUSQVARNA   *
OUTDOOR PRODUCTS, INC.,          *
                             *
        Defendants.          *

---

### ORDER APPROVING
### SUPERSEDEAS BOND

---

Plaintiff Whitesell Corporation has submitted a supersedeas bond in the amount of $200,000 as directed by this Court's Order of September 4, 2019 (doc. no. 1256). The Court finds that the submitted bond provides adequate security for Defendant Husqvarna Outdoor Products, Inc. in this action and therefore **APPROVES** the bond. Execution of the Judgment entered on April 17, 2019 (doc. no. 1186) is hereby **STAYED** in accordance with Federal Rule of Civil Procedure 62(b).

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA