IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 103-050 |
| | * | |
| ELECTROLUX HOME PRODUCTS, INC., | * | |
| HUSQVARNA, A.B., and HUSQVARNA | * | |
| OUTDOOR PRODUCTS, INC., | * | |
| | * | |
| Defendants. | | |

O R D E R

On March 4, 2021, Plaintiff Whitesell Corporation filed a "Notice of Intent to Dispose of Brunner Parts," which are the subject matter of some of the remaining claims in the case. Plaintiff did not contact or consult defense counsel about this notice prior to filing. The subsequent briefs of the parties reveal that had Whitesell done so, the parties may have been able to agree to the nature and scope of disposal without court involvement. Consequently, the Court will leave the parties to work it out, and unless or until a motion is filed, no further Order will issue on the matter. Additionally, no motion shall be filed without certification that the movant has in good faith conferred or attempted to confer with the other parties in an

effort to resolve the dispute. This Order is in no way to be considered acquiescence in any party's position in the related filings.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA