IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 103-050 |
| | * | |
| ELECTROLUX HOME PRODUCTS, INC., | * | |
| HUSQVARNA, A.B., and HUSQVARNA | * | |
| OUTDOOR PRODUCTS, INC., | * | |
| | * | |
| Defendants. | | |

O R D E R

Before the Court is Plaintiff Whitesell Corporation's motion to stay the deadline for it to file an amended expert report of its expert, Peter J. Karutz. (See Order of Apr. 12, 2021, Doc. No. 1469 (providing a 45-day deadline for Plaintiff to file an amended expert report).) Defendants have filed no response to the motion.

In light of Plaintiff's motion for reconsideration of this Court's Order of April 12, 2021, the motion to stay (doc. no. 1474) is **GRANTED**. Plaintiff shall have 45 days from the entry of an Order resolving the motion for reconsideration within which to file an amended expert report should one prove necessary.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of May, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA