AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WHITESELL CORPORATION,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 103-050

ELECTROLUX HOME PRODUCTS, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, purusuant to the Order of the Court dated July 20, 2021, the Court awards Plaintiff Whitesell $18,422.54 in attonrey's fees and $1,717.67 in expenses. Therefore, Judgment is entered in favor of Plaintiff, Whitesell Corporation in the amount of $20,140.21, and against Defendant, Electrolux Home Products, Inc.

July 20, 2021  
Date

John E. Triplett, Clerk of Court  
Clerk

*Candy Cslell*  
(By) Deputy Clerk

GAS Rev 10/2020