IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,                  *
                                        *
            Plaintiff,                  *
                                        *
      v.                                *      CV 103-050
                                        *
ELECTROLUX HOME PRODUCTS, INC.,         *
HUSQVARNA, A.B., and HUSQVARNA          *
OUTDOOR PRODUCTS, INC.,                 *
                                        *
            Defendants.

_____

**O R D E R**

_____

Presently before the Court is Defendants Husqvarna AB and Husqvarna Outdoor Products, Inc.'s motion to seal Exhibits A through D to their Motion for Resolution of the Brunner and Matrix Pricing filed on March 30, 2022 (doc. no. 1529). Specifically, the exhibits contain purchase and pricing data information, which has been designated "Confidential" by the parties. Upon due consideration, the Court **GRANTS** Defendants' motion to seal (doc. no. 1530). The Clerk of Court shall seal the subject exhibits in the record until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this _5th_ day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA