IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,     *
          Plaintiff,     *
    v.     *     CV 103-050
ELECTROLUX HOME PRODUCTS, INC.,
HUSQVARNA, A.B., and HUSQVARNA
OUTDOOR PRODUCTS, INC.,     *
          Defendants.

### O R D E R

The Court has read and considered Defendants Husqvarna AB and Husqvarna Outdoor Products, Inc.'s motion for resolution and the response thereto, in which Plaintiff Whitesell Corporation observes that the issues presented in the motion could have been resolved with further conferment between the parties. Because the trial of the case is approaching and the matter of Peter J. Karutz's expert report must be settled expeditiously, the Court hereby **ORDERS** the parties to meet and confer once again. The Court expects a full report on the matters contained in the motion for resolution within ten (10) **calendar** days hereof. If resolution cannot be reached, the parties shall each file their "side" of the matter on the tenth day; the parties will have five (5) business days to respond.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA