IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WHITESELL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br>HUSQVARNA AB and HUSQVARNA<br>OUTDOOR PRODUCTS, INC.<br><br>    Defendants. | Case No. 1:03-cv-00050-JRH |

### PLAINTIFF, WHITESELL CORPORATION'S, MOTION TO SEAL

Pursuant to Local Rule 79.7, Plaintiff, WHITESELL CORPORATION ("Whitesell"), by and through the undersigned counsel, hereby moves the Court for an order placing under seal **Exhibit A and Composite Exhibit C** to Plaintiff's Response to the Husqvarna Defendants' Continued Objection to Amended Report of Mr. Karutz dated June 3, 2022, and Related Schedule, filed on July 12, 2022.

The Exhibits have been designated by the parties as "Confidential" pursuant to the Confidentiality Order entered in the above-captioned matter on June 28, 2005 [Dkt. 32] ("Confidentiality Order"). Consistent with the terms of the Confidentiality Order and pursuant to this Court's Local Rules, Whitesell seeks to have **Exhibit A and Composite Exhibit C** placed under seal until the entry of final judgment or until the parties jointly notify the Court that the Exhibits can be unsealed. An unredacted copy of the Exhibits have been served upon counsel for Defendants and shall be provided to the Court under separate cover.

WHEREFORE, Whitesell Corporation requests that the Court grant Whitesell's Motion to Seal. A proposed order is attached hereto as Exhibit "A" for the Court's convenience.

Dated:  July 12, 2022.

                    Respectfully submitted,

                    COLEMAN, YOVANOVICH & KOESTER, P.A.

                    By:   */s/ Matthew B. Devisse*                    .
                           Edmond E. Koester (admitted pro hac vice)
                           Florida Bar No. 87882
                           Matthew B. Devisse (admitted pro hac vice)

Primary email addresses:         Florida Bar No. 119125
ekoester@cyklawfirm.com        4001 Tamiami Trail North, Suite 300
mdevisse@cyklawfirm.com       Naples, FL  34103
Secondary email addresses:     239.435.3535
mfoster@cyklawfirm.com         239.435.1218 Facsimile
cykservice@cyklawfirm.com    *Counsel for Plaintiff, Whitesell Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2022 I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM-ECF system, which automatically serves notification of such filing to all counsel of record.

                    COLEMAN, YOVANOVICH & KOESTER, P.A.

                    By:   */s/ Matthew B. Devisse*                    .
                           Edmond E. Koester (admitted pro hac vice)
                           Florida Bar No. 87882
                           Matthew B. Devisse (admitted pro hac vice)

Primary email addresses:         Florida Bar No. 119125
ekoester@cyklawfirm.com        4001 Tamiami Trail North, Suite 300
mdevisse@cyklawfirm.com       Naples, FL  34103
Secondary email addresses:     239.435.3535
mfoster@cyklawfirm.com         239.435.1218 Facsimile
cykservice@cyklawfirm.com    *Counsel for Plaintiff, Whitesell Corporation*