IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 103-050 |
| ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA, A.B., and HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| Defendants. | * | |

O R D E R

On June 28, 2022, Special Master Stebbins submitted a monthly Statement of Fees and Expenses in the total amount of $41,960.00 (Doc. No. 1600.) Upon due consideration thereof and having heard no objection to the same, the Court hereby approves the statement. Consistent with the Order of September 17, 2021, each party shall submit 1/3 of the total cost directly to Mr. Stebbins without delay.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of July, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA