IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 103-050 |
| | * | |
| ELECTROLUX HOME PRODUCTS, INC., | * | |
| HUSQVARNA, A.B., and HUSQVARNA | * | |
| OUTDOOR PRODUCTS, INC., | * | |
| | * | |
| Defendants. | | |

# O R D E R

On August 25, 2022, Special Master Stebbins submitted a monthly Statement of Fees and Expenses in the total amount of $39,190.40 (Doc. No. 1700.) Upon due consideration thereof and having heard no objection to the same, the Court hereby approves the statement. Consistent with the Order of September 17, 2021, each party shall submit 1/3 of the total cost directly to Mr. Stebbins without delay.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of September, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA