IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 103-050 |
| | * | |
| ELECTROLUX HOME PRODUCTS, INC., | * | |
| HUSQVARNA, A.B., and HUSQVARNA | * | |
| OUTDOOR PRODUCTS, INC., | * | |
| | * | |
| Defendants. | | |

**O R D E R**

On July 22, 2022, the Special Master filed his Third Report and Recommendation (doc. no. 1624) addressing Plaintiff's motion for summary judgment on Accounts Receivable Claims for which Defendants issued Purchase Orders. Through this motion, Plaintiff submitted fourteen different evidence packets, referred to as "Dispute Packets," essentially constituting fourteen different claims. As to these parts, Plaintiff contends that a Defendant issued a purchase order to Whitesell for the purchase of goods at a particular price, thereafter the Defendant accepted such goods without objection, and therefore the Defendant owes the price as reflected in the purchase order.

Before the Special Master, Defendants conceded that they owe Plaintiff the requested amount in eight of the fourteen Dispute

Packets. Defendants, however, contend that they do not owe prejudgment interest on these claims. These now undisputed claims were presented to the Special Master in Dispute Packets 5 through 10, 13 and 14. Upon a *de novo* review, the Court hereby **ADOPTS** the Third Report and Recommendation as to Dispute Packets 5 through 10, 13 and 14, thereby **GRANTING** summary judgment to Plaintiff on these packets, **GRANTING** an award of prejudgment interest on these claims in the amount of 18% per annum from the date of invoice, and therefore **OVERRULING** Defendants' objection to the award of prejudgment interest.

As to the six remaining Dispute Packets as to which the Special Master recommended denial of Plaintiff's motion for summary judgment, the Court has now conducted a *de novo* review. Plaintiff's objections to the Special Master's determination that it has failed to present sufficient evidence to warrant summary judgment are **OVERRULED**. Accordingly, Dispute Packets 1 through 4, 11 and 12 remain disputed claims in the case except to the extent the Dispute Packet includes an invoice that does not appear on Exhibits 5, 6 or 7 to the Second Amended Complaint. That is, consistent with this Court's adoption of the Second Report and Recommendation, these unlisted invoices are not properly pled in the Second Amended Complaint and therefore are excluded from this litigation. Plaintiff's objection to this finding is **OVERRULED**.

Upon the foregoing, the Court hereby **ADOPTS** the Third Report and Recommendation of the Special Master in its entirety and also **OVERRULES** any and all objections filed by all parties. Thus, the Court **GRANTS** summary judgment to Plaintiff on the following claims as denominated in the Third Report and Recommendation, *plus prejudgment interest which will be computed at a later time*:

Dispute Packet 5 - $6,250 plus prejudgment interest

Dispute Packet 6 - $29,150 plus prejudgment interest

Dispute Packet 7 - $3,200 plus prejudgment interest

Dispute Packet 8 - $12,000 plus prejudgment interest

Dispute Packet 9 - $11,500 plus prejudgment interest

Dispute Packet 10 - $4,200 plus prejudgment interest

Dispute Packet 13 - $1,250 plus prejudgment interest

Dispute Packet 14 - $154.61 plus prejudgment interest

The Court **DENIES** summary judgment to Plaintiff on the following claims as denominated in the Third Report and Recommendation:

Dispute Packet 1

Dispute Packet 2

Dispute Packet 3

Dispute Packet 4

Dispute Packet 11

Dispute Packet 12

The invoices included in these six disputed packets will remain part of the case with the following exceptions: Invoice 172643 in Dispute Packet 4; Invoice II12772 in Dispute Packet 11; and Invoice II14974 in Dispute Packet 12.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA