```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                    AUGUSTA DIVISION
```

WHITESELL CORPORATION,           *
                                 *
      Plaintiff,                 *
                                 *
v.                               *       CV 103-050
                                 *
ELECTROLUX HOME PRODUCTS, INC.,  *
HUSQVARNA, A.B., and HUSQVARNA   *
OUTDOOR PRODUCTS, INC.,          *
                                 *
      Defendants.

**O R D E R**

On July 26, 2022, the Special Master filed his Fourth Report and Recommendation (doc. no. 1642) addressing Plaintiff's motion for summary judgment on Accounts Receivable Claims for which Defendants issued Written Approvals. Through this motion, Plaintiff submitted twenty-seven different evidence packets, referred to as "Approval Packets," essentially constituting twenty-seven different claims. As to these claims, Plaintiff contends that it is entitled to the claimed price of the part based upon "written approval" either through specific authorization from a Defendant or through necessary implication from the computerized DFC system set up by the parties. That is, Plaintiff contends that Defendants expressly agreed as a matter of law to pay the price demanded by Whitesell.

Before the Special Master, Defendants conceded that they owe Plaintiff the requested amount in sixteen of the twenty-seven

Approval Packets. Defendants, however, contend that they do not owe prejudgment interest on these claims. These now undisputed claims were presented to the Special Master in Approval Packets 3, 6, 8 through 12, 15 through 20, and 25 through 27. Upon a *de novo* review, the Court hereby **ADOPTS** the Fourth Report and Recommendation as to Approval Packets 3, 6, 8 through 12, 15 through 20, and 25 through 27, thereby **GRANTING** summary judgment to Plaintiff on these packets, **GRANTING** an award of prejudgment interest on these claims in the amount of 18% per annum from the date of invoice, and therefore **OVERRULING** Defendants' objection to the award of prejudgment interest.

Turning to the eleven remaining Approval Packets, the Special Master recommended denial of Plaintiff's motion for summary judgment on nine of them. The Court has now conducted a *de novo* review of these packets. Plaintiff's objections to the Special Master's determination that it has failed to present sufficient evidence to warrant summary judgment on nine of the eleven disputed Approval Packets are **OVERRULED**. Accordingly, Dispute Packets 1, 2, 4, 13, 14, and 21 through 24 remain disputed claims in the case. Plaintiff is granted summary judgment on Approval Packets 5 and 7 except as to Invoice 97438 in Approval Packet 7 because this invoice does not appear on Exhibits 5, 6 or 7 to the Second Amended Complaint. That is, consistent with this Court's adoption of the Second Report and Recommendation, Invoice 97438 is not properly

pled in the Second Amended Complaint and therefore is excluded from this litigation. Plaintiff's objection to this finding is **OVERRULED**. Moreover, Defendant Husqvarna's objection to the Special Master's refusal to consider pricing data not previously disclosed in discovery in Approval Packet 5 is also **OVERRULED**.

Upon the foregoing, the Court hereby **ADOPTS** the Fourth Report and Recommendation of the Special Master in its entirety and also **OVERRULES** any and all objections filed by all parties. Thus, the Court **GRANTS** summary judgment to Plaintiff on the following claims as denominated in the Fourth Report and Recommendation, *plus prejudgment interest which will be computed at a later time*:

Approval Packet 3 - $727 plus prejudgment interest

Approval Packet 5 - $9,697 plus prejudgment interest

Approval Packet 6 - $6,108 plus prejudgment interest

Approval Packet 7 - $790.80 plus prejudgment interest

Approval Packet 8 - $3,984 plus prejudgment interest

Approval Packet 9 - $271 plus prejudgment interest

Approval Packet 10 - $1,800 plus prejudgment interest

Approval Packet 11 - $258 plus prejudgment interest

Approval Packet 12 - $3,495 plus prejudgment interest

Approval Packet 15 - $1,031 plus prejudgment interest

Approval Packet 16 - $2,550 plus prejudgment interest

Approval Packet 17 - $2,700 plus prejudgment interest

Approval Packet 18 - $2,300 plus prejudgment interest

```
Approval Packet 19 - $1,600 plus prejudgment interest

Approval Packet 20 - $3,000 plus prejudgment interest

Approval Packet 25 - $425 plus prejudgment interest

Approval Packet 26 - $200 plus prejudgment interest

Approval Packet 27 - $120 plus prejudgment interest
```

The Court **DENIES** summary judgment to Plaintiff on the following claims as denominated in the Fourth Report and Recommendation:

```
Approval Packet 1

Approval Packet 2

Approval Packet 4

Approval Packet 13

Approval Packet 14

Approval Packet 21

Approval Packet 22

Approval Packet 23

Approval Packet 24
```

The invoices included in these nine disputed packets will remain part of the case.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of October, 2022.

*/s/ J. Randal Hall*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA