IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,    *
                          *
        Plaintiff,        *
                          *
    v.                    *    CV 103-050
                          *
ELECTROLUX HOME PRODUCTS, INC.,  *
HUSQVARNA, A.B., and HUSQVARNA   *
OUTDOOR PRODUCTS, INC.,   *
                          *
        Defendants.

O R D E R

On December 27, 2022, the Special Master filed his Tenth Report and Recommendation (doc. no. 1775) notifying the Court of his final actions regarding the referred Accounts Receivable Claims. Although the Court had been made aware through an earlier filing that the remaining claims between the Husqvarna Defendants and Plaintiff Whitesell Corporation had been resolved, the Special Master provides context and confirmation of this development. The Special Master also recommends the award of prejudgment interest on the resolved claims in accordance with this Court's prior ruling that such claims are liquidated. He recommends that judgment be entered in Plaintiff Whitesell's favor.

The Husqvarna Defendants have objected to the Tenth Report and Recommendation to the extent that it does not recommend reconsideration of the prejudgment interest issue. The Husqvarna

Defendants also oppose the entry of judgment until the conclusion of this case.

Upon a *de novo* review, the Court hereby **ADOPTS** the Tenth Report and Recommendation in its entirety except that judgment will not be entered until the conclusion of the case. Thus, the objections of the Husqvarna Defendants are **OVERRULED IN PART** in that the Court will not reconsider the imposition of prejudgment interest on the claims upon which the Husqvarna Defendants stipulated liability.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA