IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WHITESELL CORPORATION,          *
                                *
          Plaintiff,            *
                                *
     v.                         *          CV 103-050
                                *
HUSQVARNA OUTDOOR PRODUCTS,      *
INC.,                           *
                                *
          Defendant.            *
_____

HUSQVARNA OUTDOOR PRODUCTS,      *
INC. and ELECTROLUX HOME         *
PRODUCTS, INC.,                  *
                                *
          Counter-Plaintiffs,   *
                                *
     v.                         *
                                *
WHITESELL CORPORATION,           *
                                *
          Counter-Defendant.     *


**O R D E R**


The captioned case came before the Court for a pretrial conference on January 17, 2023. The following matters were discussed and resolved:

- Plaintiff Whitesell Corporation's motion to permit John Duffner to remain in the courtroom throughout the pendency of the trial (doc. no. 1721) is **GRANTED**.

- Because the matters contained therein have been or will be resolved through the Court's resolution of evidentiary and deposition designation objections, the Clerk is directed to **TERMINATE** Plaintiff Whitesell Corporation's motion for ruling as to the admissibility of certain documents (doc. no. 1726).

- Defendant Electrolux Home Products, Inc.'s ("EHP") motion in limine to preclude Plaintiff Whitesell Corporation from referring to EHP as a defendant during the trial of the case (doc. no. 1761) is **GRANTED.**

- The Husqvarna Defendants' motion to dismiss Defendant Husqvarna, A.B. as an improper party is **GRANTED.**   The Clerk is directed to **TERMINATE** Husqvarna, A.B. as a party to the case.

In light of the last two rulings, the case caption of this Order shall be used henceforth.

**ORDER ENTERED** at Augusta, Georgia, this *19th* day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2