IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WHITESELL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 103-050 |
| | * | |
| HUSQVARNA OUTDOOR PRODUCTS, INC., | * | |
| | * | |
| Defendant. | * | |
| | | |
| HUSQVARNA OUTDOOR PRODUCTS, INC. and ELECTROLUX HOME PRODUCTS, INC., | * | |
| | * | |
| Counter-Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| WHITESELL CORPORATION, | * | |
| | * | |
| Counter-Defendant. | * | |

**MINUTE ORDER**

For the reasons stated at the end of the trial day on February 1 and at the beginning of the trial day on February 2, 2023, the Court **ORDERS** as follows:

- Husqvarna Outdoor Products, Inc.'s ("Husqvarna") motion for judgment as a matter of law on Whitesell Corporation's ("Whitesell") claim for breach of contract with respect to the 2003 Brunner transition attempt (doc. no. 1815) is **DENIED**.

- Husqvarna and Electrolux Home Products, Inc.'s ("EHP") motion for judgment as a matter of law on Whitesell's remaining affirmative defenses (doc. no. 1816) is **GRANTED IN PART** and **DENIED IN PART**. The affirmative defense of prior material breach or first breach is allowed.

- Husqvarna and EHP's motion for judgment as a matter of law on the elements of breach and causation as to their respective phase-out period counterclaims against Whitesell (doc. no. 1817) is **GRANTED IN PART** and **DENIED IN PART**. Husqvarna and EHP are entitled to judgment as a matter of law as to the element of breach, but the element of causation must be resolved by a jury.

- Whitesell's motion for judgment as a matter of law on Husqvarna and EHP's respective phase-out period counterclaims (doc. no. 1824) is **DENIED**.

- Whitesell's motion for judgment as a matter of law on Husqvarna and EHP's respective phase-out period counterclaims based on the statute of limitations (doc. no. 1825) is **DENIED**.

- Whitesell's motion for judgment as a matter of law on Husqvarna's remaining affirmative defenses (doc. no. 1826) is **GRANTED IN PART** and **DENIED IN PART**. The affirmative defense of failure to perform a concurrent condition is allowed.

- Whitesell's motion for judgment as a matter of law on its Brunner and Matrix inventory claim (doc. no. 1827) is **DENIED**.

- Whitesell's motion for judgment as a matter of law on Husqvarna's breach of contract claim for lost discounts and rebates (doc. no. 1828) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA