```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                     AUGUSTA DIVISION
```

WHITESELL CORPORATION,            *
                                  *
       Plaintiff,                 *
                                  *
   v.                             *   CV 103-050
                                  *
HUSQVARNA OUTDOOR PRODUCTS,       *
INC.,                             *
                                  *
       Defendant.                 *
_____

HUSQVARNA OUTDOOR PRODUCTS,       *
INC. and ELECTROLUX HOME          *
PRODUCTS, INC.,                   *
                                  *
       Counter-Plaintiffs,        *
                                  *
   v.                             *
                                  *
WHITESELL CORPORATION,            *
                                  *
       Counter-Defendant.         *

## O R D E R

Counterclaim Defendant Whitesell Corporation has submitted a supersedeas bond in the amount of $5,608,482.17 as directed by the Court's Order of January 24, 2024. (Doc. No. 1913.) The Court finds that the submitted bond provides adequate security for Counterclaim Plaintiff Electrolux Home Products, Inc. in this action and therefore **APPROVES** the bond. Execution of the Judgment entered on February 28, 2023 (doc. no. 1860) is hereby **STAYED** in

accordance with Federal Rule of Civil Procedure 62(b) and the terms of the bond.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA